IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MAURICE MARTIN, | No. C 07-2482 RMW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| UNKNOWN, | |
| Defendant. | |

On May 9, 2007, plaintiff, a state prisoner proceeding pro se, filed a letter with the court concerning his underlying state criminal conviction and the conditions of his confinement. The court construed plaintiff's letter as a civil rights complaint pursuant to 42 U.S.C. § 1983. On that same day, the court sent a notification to plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days.

As of the date of this order, plaintiff has not communicated with the court, filed a completed in forma pauperis application or paid the filing fee.

Order of Dismissal
P:\pro-se\sj.rmw\cr.07\Martin482disifp          1

1  Accordingly, this case is DISMISSED without prejudice for failure to file a completed in
2  forma pauperis application or pay the filing fee. The clerk shall terminate any pending
3  motions and close the file.
4      IT IS SO ORDERED.
5  DATED: 7/2/2007        /s/ Ronald M. Whyte
                          RONALD M. WHYTE
6                         United States District Judge

1  This is to certify that on _____7/5/2007_____, a copy of this ruling was mailed to the following:

2

3  Lawrence Maurice Martin
   P-07185/ EW-216-L
4  Correctional Training Facility
   P.O. Box 689
5  Soledad, CA  93960-0689

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.rmw\cr.07\Martin482disifp            3