IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE MAURICE MARTIN, | ) | No. C 07-2482 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

    The court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a completed in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/2/2007        /s/ Ronald M. Whyte
                                    RONALD M. WHYTE
                                    United States District Judge

1  This is to certify that on _____7/5/2007_____, a copy of this ruling was mailed to the following:

2

3  Lawrence Maurice Martin
   P-07185/ EW-216-L
4  Correctional Training Facility
   P.O. Box 689
5  Soledad, CA  93960-0689

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\cr.07\Martin482jud           2